IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE,

    Plaintiff,

v.

JAMIE GARCIA,

    Defendant.
                          /

No. C 10-785 SI

**ORDER REMANDING CASE TO SUPERIOR COURT FOR THE COUNTY OF SACRAMENTO**

On February 24, 2010, *pro se* defendant Jamie Garcia removed this unlawful detainer action from the Superior Court for the County of Sacramento. In an order filed May 6, 2010, the Court ordered defendant to show cause by May 17, 2010, why this case should not be remanded to state court for lack of jurisdiction. Defendant has not filed a response to the Order to Show Cause.

The Court has reviewed the complaint and the docket in this case, and concludes that this Court lacks jurisdiction. Accordingly, the Court REMANDS this case to the Superior Court for the County of Sacramento. All pending motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 28, 2010

                                                SUSAN ILLSTON
                                                United States District Judge